**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREA BINNS,<br><br>Plaintiff-Relator,<br><br>v.<br><br>SPARTANBURG REGIONAL HEALTH SERVICES DISTRICT, INC. d/b/a SPARTANBURG REGIONAL HEALTHCARE SYSTEM, FOOTHILLIS ANESTHESIA CONSULTANTS, P.C., MARK AYCOCK, DR. DEAN DAVIS, PHIL FEISAL, BRUCE HOLSTEIN, MARY JANE JENNINGS AND DR. NICKOLE TEEL,<br><br>Defendants. | ) | Civ. No. 7:22-cv-04355-JDA |

**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the “action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.” *Id.* Therefore, the United States requests that, should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, including supporting memoranda, be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek the dismissal of Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that this notice and prior filings in this case be unsealed, with the exception of the Government's motions to extend the seal (ECF Nos. 12 and 17), because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is being submitted to chambers.

Respectfully submitted,

ADAIR F. BOROUGHS
United States Attorney

By: _s/Austin McCullough_
Austin McCullough (#14050)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29402
Phone.: (843) 266-1609
E-Mail: Austin.mccullough@usdoj.gov

May 10, 2024

*Attorney for the United States of America*